## APPENDIX C

IN THE UNITED STATES DISTRICT COURT
FOR THE __Middle__ DISTRICT OF __Alabama__
_____ DIVISION

IN RE CONSENT TO TRANSFER
OF                                    NO. 2:07cm1276
__Carlos Humberto Salazar__

### ORDER APPOINTING COUNSEL

Because the above named person, hereinafter called offender, has testified under oath or has otherwise satisfied this verifying officer that the offender is financially unable to obtain counsel and does not wish to waive counsel, and because the interests of justice so require, [the Federal Public Defender for the __Southern__ District of __Florida__ ][ __150 West Flagler St. Miami FL 33130__ ]
Community Defender or Private Counsel's
name & address

is hereby appointed to represent the offender pursuant to Section 4109(a)(2) of Title 18, United States Code.

This appointment is limited to advising and representing the offender in the matter of his or her consent to transfer under the provisions of Chapter 306 of Title 18, United States Code, and terminates upon the completion of the verification proceedings.

DONE at __El Renacer Prison, Panama__ , __7-12-07__
                                                              (date)

_____
(Verifying Officer)

C-1